# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RONALD OLIVA, | CIVIL ACTION 1:14-cv-06447 |
| Plaintiff, | |
| v. | COMPLAINT |
| BLATT, HASENMILLER, LEIBSKER & MOORE LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

**COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

NOW COMES the Plaintiff, RONALD OLIVA ("Ronald"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, BLATT, HASENMILLER, LEIBSKER & MOORE LLC ("Blatt") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Blatt conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

1

## PARTIES

4. Ronald is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Blatt was a corporation in the state of Illinois with headquarters located at 125 South Wacker Drive, Suite 400, Chicago, Illinois 60606.

6. Blatt is a "debt collector" as defined by the FDCPA, U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

## FACTS SUPPORTING CAUSE OF ACTION

7. Portfolio Recovery Associates, LLC ("Portfolio") has been attempting to collect a debt from Ronald that was allegedly originated by Capital One Bank (USA), N.A. ("Capital").

8. On December 10, 2013, Blatt filed a complaint on behalf of Portfolio in the Circuit Court of Cook County, Illinois against Ronald. The case was captioned *Portfolio Recovery Associates, LLC v. Ronald M. Oliva*, case number 2013 M1 168468 ("Collection Case"). *See* Exhibit A, a true and correct copy of the complaint filed by Blatt in the Collection Case.

9. Blatt filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

10. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

11. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

12. Cases filed in the First Municipal District are identified by the abbreviation "M1."

13. Ronald resides at 15611 Sunrise Lane, Orland Park, Illinois 60462.

14. Orland Park, Illinois is located within Cook County, but is located within the Circuit Court of Cook County's Fifth Municipal District. *Id.*

15. The Bridgeview Courthouse is the courthouse that serves the Circuit Court of Cook County's Fifth Municipal District. *Id.*

16. The Richard J. Daley Center Courthouse is 31 miles from Ronald's home.

17. In contrast, the Bridgeview Courthouse is 9.5 miles from Ronald's home.

18. In order for Ronald to travel to the Bridgeview Courthouse, he would merely have to drive 21 minutes and park in the free parking lot at the Bridgeview Courthouse.

19. According to Google Maps. the trip would take about 21 minutes.

20. In order for Ronald to travel to the Richard J. Daley Center Courthouse, he must take Interstate 57 North to Chicago, locate expensive parking for his vehicle, and make his way there either on foot or via taxi.

21. According to Google Maps, this trip will take 39 minutes excluding the time spent in traffic, locating parking, and actually making the trek to the Richard J. Daley Center Courthouse.

22. The courthouse closest to Ronald's home is the Bridgeview Courthouse.

**COUNT I -- VIOLATION OF THE FDCPA**

23. Ronald repeats and realleges paragraphs 1 through 22 as though fully set forth herein.

24. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

25. 15 U.S.C. §1692i(a)(2)(B) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

26. The closest courthouse to Ronald is the Bridgeview Courthouse.

27. Blatt violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 21.5 miles further from Ronald's house than the Bridgeview Courthouse.

28. It can be reasonably inferred that Blatt sued Ronald at a remote courthouse in order to discourage him from appearing and defending the Collection Case.

29. Ronald is therefore entitled to an award of statutory damages and legal fees pursuant to 15 U.S.C. §1692.

WHEREFORE, Plaintiff, RONALD OLIVA, respectfully requests that this Honorable Court enter judgment in his favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: August 20, 2014

Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8188