AO 133 (Rev. 12/09) Bill of Costs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD OLIVA, <br><br> Plaintiff, <br><br> v. <br><br> BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 1:14-cv-06447 <br> ) <br> ) Judge Elaine E. Bucklo <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on **July 14, 2015** against Plaintiff, **Ronald Oliva,** the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $0.00 |
| Fees for service of summons and subpoena | $0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $606.84 |
| Fees and disbursements for printing | $0.00 |
| Fees for witnesses *(itemize on page two)* | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | $0.00 |
| Docket fees under 28 U.S.C. 1923 | $0.00 |
| Costs as shown on Mandate of Court of Appeals | $0.00 |
| Compensation of court-appointed experts | $0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $0.00 |
| Other costs (please itemize) | $0.00 |
| TOTAL | $ $606.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- Electronic service ☒  • First class mail, postage prepaid
- Other: _____

s/ Attorney:   s/ David L. Hartsell

Name of Attorney:   David L. Hartsell

For:   Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC                    Date   July 16, 2015
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

**BARKLEY Court Reporters**
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474355 | 4/9/2015 | 390325 |
| Job Date | Case No. | |
| 3/25/2015 | 1:14-cv-06447 | |

| Case Name |
|---|
| Ronald Oliva v. Blatt, Hasenmiller, Leibsker & Moore, LLC |

| Payment Terms |
|---|
| COD - Interest @ 1.5%/mo after 30 days |

David Hartsell, Esq.
McGuireWoods LLP - (IL)
77 West Wacker Drive
Suite 4100
Chicago IL  60601-1818

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ronald Oliva | 78.00 | Pages | @ | 3.30 | 257.40 |
| Exhibit | 61.00 | Pages | @ | 0.45 | 27.45 |
| Hourly Fee | 2.50 | Hours | @ | 65.00 | 162.50 |
| BarkleyAccess (ASCII, PDF Trnscpts & Exhbts) | | | | 20.00 | 20.00 |
| Transcript Production fee | | | | 25.00 | 25.00 |
| Delivery of Original | | | | 20.00 | 20.00 |

**TOTAL DUE >>>** $512.35

*SPECIAL RATES HAVE BEEN APPLIED*

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349

Phone: 312.849.8100    Fax: 312.849.3690

*Please detach bottom portion and return with payment.*

David Hartsell, Esq.
McGuireWoods LLP - (IL)
77 West Wacker Drive
Suite 4100
Chicago IL  60601-1818

Job No.      : 390325         BU ID      : .BCR - CH
Case No.    : 1:14-cv-06447
Case Name : Ronald Oliva v. Blatt, Hasenmiller, Leibsker & Moore, LLC
Invoice No. : 474355         Invoice Date : 4/9/2015
**Total Due** : $ 512.35

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS |
|---|---|

INVOICE NO: 00395176

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| David L. Hartsell<br>McGuireWoods, LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>Phone: | MICHAEL P. SNYDER, FCRR<br>Official Court Reporter<br>2244A United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Phone: (312) 435-5563<br><br>michael_snyder@ilnd.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-30-2014 | DATE DELIVERED: 12-04-2014 |
|---|---|---|---|

**Case Style:** 2014 C 6447, Ronald Oliva v Blatt, Hasenmiller...
10/30/14 Scheduling Conference 14 pages Originary Delivery Original

email to: bhendrickson@mcguirewoods.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 14 | 3.65 | 51.10 | | 0.90 | | | 0.60 | | 51.10 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 51.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | 5.11 |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $45.99 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 12-04-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com.au

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02015098

**MAKE CHECKS PAYABLE TO:**

David L. Hartsell
McGuire Woods, LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
Phone:

Lisa H. Breiter
Official Court Reporter
219 South Dearborn Street
Room 1728
Chicago, IL 60604
Phone: (312) 818-6683

lisa_breiter@ilnd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 05-19-2015
DATE DELIVERED:

**Case Style:** 15 C 00090, Wordlow v Truemper
Transcript of proceedings before the Honorable John Robert Blakey on 3/23/15 [NEEDED TO SUPPORT SUMMARY JUDGMENT MOTION]

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 10 | 4.85 | 48.50 | | 0.90 | | | 0.60 | | 48.50 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 48.50

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $48.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Lisa H. Breiter, RMR, CRR

DATE: 05-26-2015

*(All previous editions of this form are cancelled and should be destroyed)*