# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois

## DOCKETING STATEMENT

| Caption of Case | 7CCA Docket No. 15-2516 |
|---|---|
| RONALD OLIVA<br><br>Plaintiff,<br><br>v.<br><br>BLATT, HASENMILLER, LIEBSKER & MOORE, LLC<br><br>Defendant. | 1:14-cv-06447<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Honorable Jeffrey T. Gilbert |

DESCRIPTIVE LIST OF DOCUMENTS TO BE INCLUDED IN RECORD ON APPEAL

Pursuant to the Clerk's July 17, 2015 letter, Plaintiff-Appellant Ronald Oliva submits this descriptive list of documents to be included in the record on appeal in this matter.

**Documents to be included:**

Doc No. 1: Complaint for relief pursuant to the Federal Fair Debt Collection Practices Act Filed: 8/20/14

Doc No. 19: Motion by Plaintiff Ronald Oliva for summary judgment Filed: 5/8/15

Doc No. 20: Rule 56.1 Statement by Ronald Oliva Filed: 5/8/15

Doc No. 21: Memorandum by Ronald Oliva in support of motion for summary judgment Filed: 5/8/15

Doc No. 22: Motion by Defendant Blatt, Hasenmiller, Liebsker & Moore LLC for summary judgment Filed: 5/8/15

Doc No. 23: Memorandum by Blatt, Hasenmiller, Liebsker & Moore LLC in support of motion for summary judgment Filed: 5/8/15

Doc No. 24: Rule 56.1 Statement by Blatt, Hasenmiller, Liebsker & Moore Filed: 5/8/15

Doc No. 28: Memorandum by Blatt, Hasenmiller, Liebsker & Moore LLC ins support of motion for summary judgment Filed 5/21/15

Doc No. 29: Response by Plaintiff Ronald Oliva to Rule 56 statement Filed: 5/27/15

Doc No. 30: Response by Ronald Oliva to Motion Filed 5/27/15

Doc No. 31: Response by Blatt, Hasenmiller, Liebsker & Moore LLC in Opposition to Motion Filed 5/29/15

Doc No. 32: Response by Blatt, Hasenmiller, Liebsker & Moore LLC to Rule 56 statement Filed 5/29/15

Doc No. 33: Reply by Defendant Blatt, Hasenmiller, Liebsker & Moore LLC to Response Filed: 6/5/15

Doc. No. 34: Response by Defendant Blatt, Hasenmiller, Liebsker & Moore LLC to Response to Plaintiff's Local Rule 56.1 Statement of Additional facts Filed: 6/5/15

Doc No. 35: Reply by Plaintiff Ronald Oliva to motion for summary judgment Filed: 6/5/15

Dated: July 30, 2015

                                                  Respectfully submitted:

                                                  _/s/Matthew Hector_____
                                                  Matthew Hector, ARDC #6283058

Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mhector@sulaimanlaw.com

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served by operation of the court's electronic filing system, or in the alternative, via US Mail, this 30th day of July 2015, addressed to:

David Luther Hartsell
Helen Deborah Arnold
McGuire Woods LLP
77 West Wacker Drive
Chicago, Illinois 60601
dhartsell@mcguirewoods.com
harnold@mcguirewoods.com

                                      /s/ Matthew H. Hector
                                      Matthew H. Hector, ARDC No. 6283058
                                      SULAIMAN LAW GROUP, LTD.
                                      Attorney for Plaintiff

Matthew H. Hector ARDC# 6283058
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
mhector@sulaimanlaw.com