# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RONALD OLIVA, | |
| Plaintiff, | Case No.: 1:14-cv-06447 |
| v. | Honorable Judge Elaine E. Bucklo |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RONALD OLIVA and the Defendant BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 10, 2018                                 Respectfully Submitted,

**RONALD OLIVA**                                    **BLATT, HASENMILLER, LEIBSKER & MOORE, LLC**

*/s/ Mohammed O. Badwan*                            */s/ John P. Ryan (with consent)*
Mohammed O. Badwan                                  John P. Ryan
*Counsel for Plaintiff*                             *Counsel for Blatt, Hasenmiller, Leibsker & Moore, LLC*
Sulaiman Law Group, LTD.                            Hinshaw & Culbertson, LLP
2500 S. Highland Ave., Ste. 200                     222 N. LaSalle, Suite 300
Lombard, Illinois 60148                             Chicago, Illinois 60601
Phone: (630) 575-8181                               Phone: (312) 704-3001
mbadwan@sulaimanlaw.com                             jryan@hinshawlaw.com